# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DONNA LONG                                                                    PLAINTIFF

V.                             NO. 3:04CV00194-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 28th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE